ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the June 8, 2002
LEWIS/TYSON Program,
Plaintiff,

V.

ROBERT D. DURAND, SR., Individually, and as officer, director, shareholder and/or principal of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL, and BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL;
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA-05-087-ML

TO: (Name and address of defendant)

**BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL**
**67 Garrity Street**
**Pawtucket, RI 02861**

**Our File No. 02-1RI-01R**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**1 Terrace Hill, P.O. Box 351**
**Ellenville, New York 12428**

**GOLDENBERG & MURI, LLP**
**10 Weybosset Street**
**Providence, RI 02903**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/23/05

B. Barletta
(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Ci ction

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/21/05 |
| NAME OF SERVER *(PRINT)* Michael A Caires | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☑ Other *(specify)*: Served Agent For Service Robert Durand Sr 53 Mowry St. Pawtucket RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 50— | $50— |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/21/05
Date

Michael Caires
Signature of Server

PO Box 744 Coventry RI 02816
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.