UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GARDEN CITY BOXING CLUB, INC.,**
**As Broadcast Licensee of the June 8, 2002**
**Lewis/Tyson, Program**

**v.** **CA: 05-087ML**

**ROBERT D. DURAND, et al.**

**ANSWER OF DEFENDANT ROBERT D. DURAND**

1. Neither admit nor deny but leave Plaintiff to its proof.
2. Neither admit nor deny but leave Plaintiff to its proof.
3. Neither admit nor deny but leave Plaintiff to its proof.
4. Denied.
5. Neither admit nor deny but leave Plaintiff to its proof.
6. Denied.
7. Neither admit nor deny but leave Plaintiff to its proof.
8. Neither admit nor deny but leave Plaintiff to its proof.
9. Neither admit nor deny but leave Plaintiff to its proof.
10. Neither admit nor deny but leave Plaintiff to its proof.
11. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 10. of Plaintiff's Complaint as if fully stated herein verbatim.
12. Neither admit nor deny but leave Plaintiff to its proof.
13. Neither admit nor deny but leave Plaintiff to its proof.
14. Neither admit nor deny but leave Plaintiff to its proof.
15. Denied.
16. Denied.
17. Neither admit nor deny but leave Plaintiff to its proof.
18. Denied.
19. Denied.
20. Denied.
21. Denied.
22. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 21. of Plaintiff's Complaint as if fully stated herein verbatim.
23. Denied.
24. Neither admit nor deny but leave Plaintiff to its proof.
25. Denied.
26. Denied.

27. Denied.
28. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 27. of Plaintiff's Complaint as if fully stated herein verbatim.
29. Denied.
30. Neither admit nor deny but leave Plaintiff to her proof.
31. Denied.
32. Denied.
33. Denied.

Wherefore Defendant demands Plaintiff's Complaint be dismissed and for his costs and reasonable attorney's fees.

Defendant demands a trial by jury.

Robert D. Durand
By his attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**DEFENSES**

FIRST DEFENSE

1. Defendant pleads he defense of waiver.

SECOND DEFENSE

1. Defendant pleads the defense of estoppel.

THIRD DEFENSE

1. Defendant pleads the defense of unclean hands.

FOURTH DEFENSE

1. Defendant pleads the defense of laches.

FIFTH DEFENSE

1. Defendant pleads the defense of payment.

SIXTH DEFENSE

1. Plaintiff fails to state a claim upon which relief can be granted.

Wherefore Defendant prays this Honorable Court deny and dismiss Plaintiff's Complaint and for his costs and reasonable attorney's fees.

Defendant demands a trial by jury.

Robert D. Durand
By his attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**CERTIFICATION**

I hereby certify that on this 4th day of June 2005 I caused to be mailed a copy of the within ANSWER to Plaintiff's counsel Julie Cohen Lonstein, Esq. at her address of LONSTEIN LAW OFFICE, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, NY 12428 and Barbara S. Cohen, Esq. at her address of GOLDENBERG & MURI, LLP, 10 Weybosset Street, Providence, Rhode Island 02903 by first class mail postage prepaid.