UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

---

**GARDEN CITY BOXING CLUB, INC.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson**, Program,

Plaintiff,

-against-

ROBERT D. DURAND, SR., **ARMAND J. DESNOYERS** and **GLENN D. DURAND**, Individually, and as officers, directors, shareholders and/or principals of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL, and BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL;

---

**Civil Action No.** CA-05-087-ML

**MOTION TO AMEND COMPLAINT**

Plaintiff filed the above-captioned action on or about February 23, 2005, against several defendants alleging the unauthorized interception and exhibition of the June 8, 2002 Lewis/Tyson boxing event to which plaintiff had the exclusive right of distribution.

Plaintiff now seeks leave to file an amended complaint in this matter to include new defendants, specifically **"ARMAND J. DESNOYERS and GLENN D. DURAND, Individually, and as officers, directors, shareholders and/or principals of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL**". A copy of plaintiff's proposed Amended Complaint is attached hereto.

WHEREFORE, plaintiff, **GARDEN CITY BOXING CLUB, INC.**, respectfully requests that the Court grant plaintiff leave to file an amended complaint to include additional defendants, namely **"ARMAND J. DESNOYERS and GLENN D. DURAND, Individually, and as officers, directors, shareholders and/or principals of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL**".

Dated: July 13, 2005

**GARDEN CITY BOXING CLUB, INC.**

By: Julie Cohen Lonstein / BSC

JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill; P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277

Barbara S. Cohen

BARBARA S. COHEN, ESQ.
Resident Counsel
Bar Roll No. 2848
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Telephone: (401) 421-7300
Facsimile: (401) 421-7352

## CERTIFICATION OF SERVICE

I hereby certify that on the 15 day of July, 2005, a copy of the foregoing document was duly served by mailing true and accurate copies to:

Jonathan F. Oster, Esq.
1525 Old Louisquisset Pike
Suite C203
Lincoln, RI 08265

{X} By First Class Mail, postage prepaid

Dated: July 15, 2005
Ellenville, NY 12428

Jennifer Gagnon

2005 JUL 15 P 3:10
FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

**GARDEN CITY BOXING CLUB, INC.,** as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson**, Program,

Plaintiff,

-against-

ROBERT D. DURAND, SR., **ARMAND J. DESNOYERS** and **GLENN D. DURAND,** Individually, and as officers, directors, shareholders and/or principals of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL, and BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL;

**Civil Action No.** CA-05-087-ML

**MEMORANDUM OF LAW**
**IN SUPPORT OF**
**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff filed the above-captioned action on or about February 23, 2005, against several defendants alleging the unauthorized interception and exhibition of the June 8, 2002 Lewis/Tyson boxing event to which plaintiff had the exclusive right of distribution.

Plaintiff now seeks leave to file an Amended Complaint in this matter to include new defendants, specifically **"ARMAND J. DESNOYERS and GLENN D. DURAND, Individually, and as officers, directors, shareholders and/or principals of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL".**

Plaintiff's motion for leave to file an Amended Complaint has no effect on any other defendant, nor on the merits or specifics of the allegations or causes of action against any other defendants. Plaintiff merely seeks to include additional defendants who were omitted from plaintiff's original Complaint and to whom the allegations and causes of action previously stated in plaintiff's Complaint also apply. The causes of action stated in plaintiff's Amended Complaint are all based on the same factual allegations and occurrences on which plaintiff's original Complaint was based.

None of the existing defendants will suffer any prejudice by the Court granting leave for plaintiff to file the Amended Complaint. Furthermore, the instant action will suffer no delay by the granting of this motion.

WHEREFORE, plaintiff, **GARDEN CITY BOXING CLUB, INC.**, respectfully requests that the Court grant plaintiff leave to file an Amended Complaint to include additional defendants, namely **"ARMAND J. DESNOYERS and GLENN D. DURAND, Individually, and as officers, directors, shareholders and/or principals of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL"**.

Dated: July 13, 2005

**GARDEN CITY BOXING CLUB, INC.**

By: Julie Cohen Lonstein /BS/

JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill; P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277

BARBARA S. COHEN, ESQ.
Resident Counsel
Bar Roll No. 2848
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Telephone: (401) 421-7300
Facsimile: (401) 421-7352

## CERTIFICATION OF SERVICE

I hereby certify that on the 15 day of July, 2005 a copy of the foregoing document was duly served by mailing true and accurate copies to:

Jonathan F. Oster, Esq.
1525 Old Louisquisset Pike
Suite C203
Lincoln, RI 08265

{X} By First Class Mail, postage prepaid

Dated: July 15, 2005
Ellenville, NY 12428