**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-87ML** **DATE: July 20, 2005**

**TITLE: Garden City Boxing Club, Inc. v. Robert Durand, Sr.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Barbara Cohen, Esq.
Jonathan Oster, Esq.

**PROCEEDING:** Rule 16 Conference

**RULING:** **Deadlines set.**
**Settlement conference to be scheduled.**