COPY

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **June 8, 2002 Lewis/Tyson**, Program,

Plaintiff,

**Civil Action No.** CA-05-087-ML

-against-

ROBERT D. DURAND, SR., **ARMAND J. DESNOYERS** and **GLENN D. DURAND**, Individually, and as officers, directors, shareholders and/or principals of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL, and BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL;

---

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☐ for determination
☐ ________
Mary M. Lisi, U.S. District Judge
Date 7/20/05

7/20/05: GRANTED ABSENT OPPOSITION. USMJ

## MOTION TO AMEND COMPLAINT

Plaintiff filed the above-captioned action on or about February 23, 2005, against several defendants alleging the unauthorized interception and exhibition of the June 8, 2002 Lewis/Tyson boxing event to which plaintiff had the exclusive right of distribution.

Plaintiff now seeks leave to file an amended complaint in this matter to include new defendants, specifically **"ARMAND J. DESNOYERS and GLENN D. DURAND, Individually, and as officers, directors, shareholders and/or principals of BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL"**. A copy of plaintiff's proposed Amended Complaint is attached hereto.