**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**GARDEN CITY BOXING CLUB, INC.,**
**As Broadcast Licensee of the June 8, 2002**
**Lewis/Tyson, Program**

**v.** **CA: 05-087ML**

**ROBERT D. DURAND, et al.**

**ANSWER OF DEFENDANT ROBERT D. DURAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

1. Neither admit nor deny but leave Plaintiff to its proof.
2. Neither admit nor deny but leave Plaintiff to its proof.
3. Neither admit nor deny but leave Plaintiff to its proof.
4. Denied.
5. Neither admit nor deny but leave Plaintiff to its proof.
6. Denied.
7. Neither admit nor deny but leave Plaintiff to its proof.
8. Neither admit nor deny but leave Plaintiff to its proof.
9. Neither admit nor deny but leave Plaintiff to its proof.
10. Neither admit nor deny but leave Plaintiff to its proof.
11. Neither admit nor deny but leave Plaintiff to its proof.
12. Neither admit nor deny but leave Plaintiff to its proof.
13. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 12. of Plaintiff's Complaint as if fully stated herein verbatim.
14. Neither admit nor deny but leave Plaintiff to its proof.
15. Neither admit nor deny but leave Plaintiff to its proof.
16. Neither admit nor deny but leave Plaintiff to its proof.
17. Denied.
18. Denied.
19. Neither admit nor deny but leave Plaintiff to its proof.
20. Denied.
21. Denied.
22. Denied.
23. Denied.
24. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 23. of Plaintiff's Complaint as if fully stated herein verbatim.
25. Denied.

26. Neither admit nor deny but leave Plaintiff to its proof.
27. Denied.
28. Denied.
29. Denied.
30. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 29. of Plaintiff's Complaint as if fully stated herein verbatim.
31. Denied.
32. Neither admit nor deny but leave Plaintiff to its proof.
33. Denied.
34. Denied.
35. Denied.
36. Denied.
37. Denied.

Wherefore Defendant demands Plaintiff's Complaint be dismissed and for his costs and reasonable attorney's fees.

Defendant demands a trial by jury.

Robert D. Durand
By his attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**DEFENSES**

FIRST DEFENSE

1. Defendant pleads he defense of waiver.

SECOND DEFENSE

1. Defendant pleads the defense of estoppel.

THIRD DEFENSE

1. Defendant pleads the defense of unclean hands.

FOURTH DEFENSE

1. Defendant pleads the defense of laches.

FIFTH DEFENSE

1. Defendant pleads the defense of payment.

SIXTH DEFENSE

1. Plaintiff fails to state a claim upon which relief can be granted.

Wherefore Defendant prays this Honorable Court deny and dismiss Plaintiff's Complaint and for his costs and reasonable attorney's fees.

Defendant demands a trial by jury.

Robert D. Durand
By his attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**CERTIFICATION**

I hereby certify that on this 10th day of August 2005 I caused to be mailed a copy of the within to Plaintiff's counsel Julie Cohen Lonstein, Esq. at her address of LONSTEIN LAW OFFICE, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, NY 12428 and Barbara S. Cohen, Esq. at her address of GOLDENBERG & MURI, LLP, 10 Weybosset Street, Providence, Rhode Island 02903 by first class mail postage prepaid.