**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**GARDEN CITY BOXING CLUB, INC.,**
**As Broadcast Licensee of the June 8, 2002**
**Lewis/Tyson, Program**

**v.** **CA: 05-087 ML**

**ROBERT D. DURAND, et al.**

**ANSWER OF DEFENDANT GLEN D. DURAND**

1. Neither admit nor deny but leave Plaintiff to its proof.
2. Neither admit nor deny but leave Plaintiff to its proof.
3. Neither admit nor deny but leave Plaintiff to its proof.
4. Denied.
5. Neither admit nor deny but leave Plaintiff to its proof.
6. Denied.
7. Neither admit nor deny but leave Plaintiff to its proof.
8. Admit.
9. Neither admit nor deny but leave Plaintiff to its proof.
10. Neither admit nor deny but leave Plaintiff to its proof.
11. Neither admit nor deny but leave Plaintiff to its proof.
12. Neither admit nor deny but leave Plaintiff to its proof.
13. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 12. of Plaintiff's Complaint as if fully stated herein verbatim.
14. Neither admit nor deny but leave Plaintiff to its proof.
15. Neither admit nor deny but leave Plaintiff to its proof.
16. Neither admit nor deny but leave Plaintiff to its proof.
17. Denied.
18. Denied.
19. Neither admit nor deny but leave Plaintiff to its proof.
20. Denied.
21. Denied.
22. Denied.
23. Denied.
24. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 23. of Plaintiff's Complaint as if fully stated herein verbatim.
25. Denied.
26. Neither admit nor deny but leave Plaintiff to its proof.

27. Denied.
28. Denied.
29. Denied.
30. Defendant refers to and incorporates herein by reference the answers given to paragraphs 1. through 29. of Plaintiff's Complaint as if fully stated herein verbatim.
31. Denied.
32. Neither admit nor deny but leave Plaintiff to her proof.
33. Denied.
34. Denied.
35. Denied.
36. Denied.
37. Denied.

Wherefore Defendant demands Plaintiff's Complaint be dismissed and for his costs and reasonable attorney's fees.

Defendant demands a trial by jury.

Glen D. Durand
By his attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**DEFENSES**

FIRST DEFENSE

1. Defendant pleads he defense of waiver.

SECOND DEFENSE

1. Defendant pleads the defense of estoppel.

THIRD DEFENSE

1. Defendant pleads the defense of unclean hands.

FOURTH DEFENSE

1. Defendant pleads the defense of laches.

FIFTH DEFENSE

1. Defendant pleads the defense of payment.

SIXTH DEFENSE

1. Plaintiff fails to state a claim upon which relief can be granted.

Wherefore Defendant prays this Honorable Court deny and dismiss Plaintiff's Complaint and for his costs and reasonable attorney's fees.

Defendant demands a trial by jury.

Glen D. Durand
By his attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**CROSSCLAIM OF DEFENDANT GLEN D. DURAND**

1. Plaintiff has brought an action against Defendant Glen D. Durand alleging claims for damages.
2. Defendant Glen D. Durand specifically denies any liability for the Plaintiff's damages.
3. In the event that the Defendant Glen D. Durand is judged to be liable to Plaintiff, such liability being specifically denied, defendant is entitled to contribution and/or indemnification from Defendant Armand J. Desnoyers.

Wherefore, Defendant Glen Durand prays for judgment providing for indemnification and/or contribution.

Defendant demands a trial by jury.

Glen D. Durand
By his attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**CERTIFICATION**

I hereby certify that on this 25th day of August 2005 I caused to be mailed a copy of the within ANSWER to Plaintiff's counsel Julie Cohen Lonstein, Esq. at her address of LONSTEIN LAW OFFICE, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, NY 12428 Barbara S. Cohen, Esq. at her address of GOLDENBERG & MURI, LLP, 10 Weybosset Street, Providence, Rhode Island 02903 and to Defendant Armand J. Desnoyers at his address of 29 Randolph Avenue So. Attleboro 02703-7020 by first class mail postage prepaid.