UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GARDEN CITY BOXING CLUB, INC.
AS BROADCAST LICENSEE OF THE JUNE 8, 2002
LEWIS/TYSON, PROGRAM

V. CA: 05-087ML

ROBERT DURAND, ET AL.

## ENTRY OF APPEARANCE

I, Timothy J. Robenhymer, do hereby enter my appearance on behalf of the Defendant, Armand J. Desnoyers, in the above-captioned matter.

Timothy J. Robenhymer, #4419
376 Broadway
Providence, Rhode Island 02909
(401) 521-8400
(401) 521-8405 - facsimile

## Certification

I hereby certify that on the 30th day of August, 2005, a true copy of the within document was mailed, postage prepaid, to: Barbara S. Cohen, Esq., Goldenberg & Muri, 10 Weybosset Street, Providence, Rhode Island 02903; Julie Cohen Lonstein, Esq., Lonstein Law Office, One Terrace Hill, PO Box 351, Ellenville, New York 12428; Jonathan Oster, Esq., 1525 Old Louisquisset Pike, Suite C203, Lincoln, Rhode Island 02865.