UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GARDEN CITY BOXING CLUB, INC., ET AL.

V. CA: 05-087 ML

ROBERT DURAND, ET AL.

**DEFENDANT, ARMAND DESNOYERS, ANSWER TO THE CROSSCLAIM OF DEFENDANT, GLEN D. DURAND**

Now comes the Defendant/Crossclaim Defendant, Armand J. Desnoyers, and hereby responds to the allegations contained in the Crossclaim of Defendant Glen D. Durand, paragraph by paragraph as follows:

1. Admitted.

2. The Defendant/Crossclaim Defendant is without sufficient information to either admit or deny the allegations contained in paragraph 2 of the Crossclaim and, therefore, leaves the Defendant/Crossclaim Plaintiff to his burden of proof regarding same.

3. Denied.

**First Affirmative Defense**

By way of affirmative defense, the Defendant/Crossclaim Defendant incorporates herein any and all defenses he made in his Answer to the Plaintiff's First Amended Complaint.

WHEREFORE, the Defendant/Crossclaim Defendant hereby requests that the Crossclaim of Defendant, Glen D. Durand, be dismissed and that he be awarded costs and attorney's fees.

The Defendant/Crossclaim Defendant, Armand J. Desnoyers, hereby demands a trial by jury and designates Attorney Timothy J. Robenhymer as trial counsel.

ARMAND J. DESNOYERS,
By His Attorney,

Timothy J. Robenhymer, #4419
376 Broadway
Providence, Rhode Island 02909
(401) 521-8400
(401) 521-8405 - facsimile

**Certification**

I hereby certify that on the 30th day of April, 2005, a true copy of the within document was mailed, postage prepaid, to: Barbara S. Cohen, Esq., Goldenberg & Muri, 10 Weybosset Street, Providence, Rhode Island 02903; Julie Cohen Lonstein, Esq., Lonstein Law Office, One Terrace Hill, PO Box 351, Ellenville, New York 12428; Jonathan Oster, Esq., 1525 Old Louisquisset Pike, Suite C203, Lincoln, Rhode Island 02865.