**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Garden City Boxing Club, Inc.

Plaintiff(s)

v. C.A. No. 05-087-ML

Robert D. Durand, Sr. *et, al.*,
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiff/defendant Garden City Boxing Club, Inc. hereby moves that Wayne D. Lonstein be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: Cable and SateliteLaw 47 USC §553,605 et. Seq. ______________.
- Pro hac vice counsel's long-standing representation of the client: ______________________________.
- The local trial bar lacks experience in the field of: ______________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______________________________ ______________________________ ___________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______________________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ______________________________.

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of New York, New Jersey, Pennsylvania, Massachusetts and the following federal district court bar(s) please see attached document, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

_______________________________________________.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Name

Lonstein Law Office, P.C

Firm Name

Business Address

1 Terrace Hill, P.O. Box 351

Lonstein Professional Building

Ellenville, NY 12428

Tel. # 845-647-8500 Fax # 845-647-6277

Barbara S. Cohen

Local Associate Counsel

Barbara S. Cohen

R.I. Bar ID # ~~02-1RI-0HL~~ 2848

Firm Name

Goldenberg & Muri, LLP

Business Address

10 Weybosset Street

Providence, RI 02903

Tel. # 401-421-7300 Fax # 401-421-7352

---

ORDER:

This motion is hereby ___________________.

_____________________

U.S. District Judge

Date: _______________

[Plaintiff]

By: Barbara S. Cohen

Attorney for: Plaintiff

GOLDENBERG & MURI LLP
10 WEYBOSSET STREET
PROVIDENCE, RI 02903
TEL: 401-421-4300
FAX: 401-421-7352

DATED: 9/19/2005

# List of Admissions for Wayne D. Lonstein

## State Court Admissions

| | | |
|---|---|---|
| New York | #2114064 | January 1987 |
| Pennsylvania | #48809 | May 1987 |
| New Jersey | #0036357 | June 1987 |
| Massachusetts | #629060 | April 1996 |

## Other Courts:

| | | | |
|---|---|---|---|
| U.S. Court of Veterans Appeals | | | |
| U.S. Tax Court | | | |
| U.S. Court of Appeals, Fifth Circuit | 4/4/00 | Yes | Active |

## Federal Court Admissions
## Wayne D. Lonstein

| COURT | YEAR ADMITTED | MEMBER IN GOOD STANDING | CURRENT STATUS |
|---|---|---|---|
| 1. District of Connecticut WDL#19973 | 1999 | Yes | Active |
| 2. Central District of Illinois | 1997 | Yes | Active |
| 3. Northern District of Illinois (90784648) | 1997 | Yes | Active |
| 4. Southern District of Illinois | 1998 | Yes | Active |
| 5. Southern District of Indiana | 1998 | Yes | Active |
| 6. District of Maryland (24577) | 1997 | Yes | Active |
| 7. District of Massachusetts | 1996 | Yes | Active |
| 8. District of Nebraska | 1998 | Yes | Active |
| 9. District of New Jersey (WL0807) | 1987 | Yes | Active |
| 10. Northern District of NY (#102076) | 1987 | Yes | Active |
| 11. Western District of NY (# 102076) | 1994 | Yes | Active |
| 12. Eastern District of NY (WL0807) | 1989 | Yes | Active |
| 13. Southern District of NY (WL0807) | 1989 | Yes | Active |
| 14. Northern District of Ohio | 2001 | Yes | Active |
| 15. Southern District of Ohio | 2004 | Yes | Active |
| 16. Eastern District of Pennsylvania | 1998 | Yes | Active |
| 17. Middle District of Pennsylvania | 1999 | Yes | Active |
| 18. Western District of Pennsylvania | 1999 | Yes | Active |
| 19. Northern District of Texas | 1997 | Yes | Active |
| 20. Southern District of Texas (#21858) | 1998 | Yes | Active |
| 21. Eastern District of Texas | 1997 | Yes | Active |
| 22. Western District of Texas | 1998 | Yes | Active |
| 23. District of Vermont (000500807) | 1997 | Yes | Active |
| 24. Eastern District of Wisconsin | 1998 | Yes | Active |

| | | | |
|---|---|---|---|
| 25. Fifth Circuit Court of Appeals | 2000 | Yes | Active |
| 26. Eastern District of Michigan | 2002 | Yes | Active |
| 27. Northern District of Indiana | 2003 | Yes | Active |

**Pro Hac Vice Admissions - Wayne D. Lonstein**

**1999 and 2000**

United States District Court for the District of New Hampshire.

**2001**

United States District Court for the Western District of Arkansas - Fayetteville Division
United States District Court for the Northern District of Georgia - Atlanta Division
United States District Court for the Eastern District of Louisiana
United States District Court for the Western District of Missouri - Western Division
United States District Court for the District of Nevada
United States District Court for the District of New Hampshire
United States District Court for the District of North Carolina - Charlotte Division
United States District Court for the District of North Carolina - Greensboro Division
United States District Court for the Northern District of North Dakota - Northeastern Division
United States District Court for the Northern District of Oklahoma
United States District Court for the Western District of Oklahoma
United States District Court for the Western District of Tennessee - Western Division
United States District Court for the Western District of Washington

**2002**

USDC for the Southern District of Ohio
USDC Northern District of Indiana
USDC for the WDLA - Alexandria Div.
USDC for the WDNC - Charlotte Div.
USDC WDTN - Western Division - Memphis
USDC DNH
USDC EDWA

**2003**

USDC for the NDIN - Hammond Division
USDC for the NDIN - Fort Wayne Division
USDC for the NDAL - Birmingham Division
USDC for the NDAL - Western Division
USDC for the NDAL - Middle Division
USDC for the NDAL - Jasper Divison
USDC for the NDAL - Southern Division
USDC for the WDLA -Alexandria Division
USDC for the WDLA - Lafayette-Opelousas Division
USDC for the DNV - Reno Division
USDC for the WDNC - Charlotte Division
USDC for the NDOK
USDC for the DOR- Portland Division
USDC for the MDTN- Nashville Division
USDC for the WDTN- Memphis Division

**2004**

USDC for the NDAL
USDC for the NDNC
USDC for the WDNC
USDC for the SDOH
USDC for the DOR
USDC for the EDTN
USDC for the WDTN
USDC for the EDWA
USDC for the WDWA

**2005**

USDC WDNC
USDC DNH
USDC EDWA

**SPECIALIZATION IN ALL FEDERAL COURTS**

Claims for the illegal interception of encrypted satellite signals pursuant to Title 47 USC §§ 553,605