ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **June 8, 2002**
**Lewis/Tyson**, Program,

Plaintiff,

-against-

ROBERT D. DURAND, SR. *et, al.,*
Defendants.

---

**REQUEST FOR DEFAULT**
Civil Action No. 05-CV-087
Honorable Mary M. Lisi

TO: DAVID A. DIMARZIO, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Please enter default of the following Defendants:

**BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL**

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: September 22, 2005
Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

Julie Cohen Lonstein
Attorney for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Barbara S. Cohen

Barbara S. Cohen, Esq. (2846)
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903
Telephone: 401-421-7300
Facsimile: 401-421-7352