UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **June 8, 2002**
**Lewis/Tyson**, Program,

Plaintiff,

-against-

ROBERT D. DURAND, SR. *et, al.,*

Defendants

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No. 05-CV-087
Honorable Mary M. Lisi

---

STATE OF NEW YORK :
: SS.:
COUNTY OF ULSTER :

JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

1. That I am the attorney for plaintiff, **GARDEN CITY BOXING CLUB, INC.,** in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

2. This action was commenced pursuant to 47 U.S.C. §605, *et seq.* A copy of the Summons and Complaint was served on Defendant, **BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL** as set forth in proof of service by Michael A. Caires on May 31, 2005 and a copy of the Summons and Amended Complaint was served on Defendant, **BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL** as set forth in the proof of service By Donald A. Bence, filed August 16, 2005.

3. The time within which any of the Defendants may answer or otherwise move with

respect to the Complaint herein has expired. Defendants **BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL,** have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4. Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff**GARDEN CITY BOXING CLUB, INC.,** requests that the default of the **BOBBY'S BANQUET HALL, INC. d/b/a BOBBY'S RESTAURANT RECEPTIONS a/k/a BOBBY'S a/k/a BOBBY'S BANQUET HALL** be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: September 19, 2005
Ellenville, NY 12428

Julie Cohen Lonstein
Attorney for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Sworn to before me this 19h
day of September, 2005

*April Draganchuk*
***Notary Public State of New York***
***Registration No. 4945872***
***Residing in Ulster County***
***My Commission Expires Jan. 27, 2007***