UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **June 8, 2002**
**Lewis/Tyson**, Program,

Plaintiff,

**CERTIFICATE OF SERVICE**
Civil Action No. 05-CV-087
Honorable Mary M. Lisi

-against-

ROBERT D. DURAND, SR. *et, al.,*

Defendants

---

The undersigned certifies that on the 20 th day of September, 2005 your deponent served the following documents by regular mail:

1) Request for Default
2) Affidavit in Support of Request for Default
3) Clerk's Certificate

on the following:

Jonathan F. Oster, Esq.
Suite C203
1525 Old Louisquisset Pike
Lincoln, RI 02865

Timothy J. Robenhymer, Esq.
376 Broadway
Providence, RI 02909

Bobby's Rest. Receptions, Inc.
67 Garrity St
Pawtucket, RI 02861

Julie Cohen Lonstein