**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**GARDEN CITY BOXING CLUB, INC.,**
**As Broadcast Licensee of the June 8, 2002**
**Lewis/Tyson, Program**

**v.** **CA: 05-087ML**

**ROBERT D. DURAND, et al.**

**DEFENDANTS ROBERT D. DURAND AND GLENN D. DURAND'S REPLY TO CROSSCLAIM**

1. Admit.
2. Neither admit nor deny but leave Co-Defendant to his proof.
3. Denied.

Wherefore Defendants demand Co-Defendant's Crossclaim be dismissed and for their costs and reasonable attorney's fees.

Defendants demand a trial by jury.

Robert D. Durand and
Glenn D. Durand
By their attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**DEFENSES**

FIRST DEFENSE

1. Defendants plead the defense of waiver.

SECOND DEFENSE

1. Defendants plead the defense of estoppel.

THIRD DEFENSE

1. Defendants plead the defense of unclean hands.

FOURTH DEFENSE

1. Defendants plead the defense of laches.

FIFTH DEFENSE

1. Defendants plead the defense of payment.

SIXTH DEFENSE

1. Co-Defendant fails to state a claim upon which relief can be granted.

Wherefore Defendants prays this Honorable Court deny and dismiss Co-Defendant's Crossclaim and for their costs and reasonable attorney's fees.

Defendants demand a trial by jury.

Robert D. Durand and
Glenn D. Durand
By their attorney,

Jonathan F. Oster #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**CERTIFICATION**

I hereby certify that on this 26th day of September 2005 I caused to be mailed a copy of the within Reply to Plaintiff's counsel Julie Cohen Lonstein, Esq. at her address of LONSTEIN LAW OFFICE, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, NY 12428, Barbara S. Cohen, Esq. at her address of GOLDENBERG & MURI, LLP, 10 Weybosset Street, Providence, Rhode Island 02903 and Timothy J. Robenhymer, Esq. at his address of 376 Broadway, Providence, Rhode Island 02909 by first class mail postage prepaid.