COPY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Garden City Boxing Club, Inc.

Plaintiff(s)

v. C.A. No. 05-087-ML

Robert D. Durand, Sr. *et, al.*,
Defendant(s)

FILED
SEP 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiff/defendant Garden City Boxing Club, Inc. hereby moves that Wayne D. Lonstein be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: Cable and SateliteLaw 47 USC §553,605 et. Seq. ______________.
- Pro hac vice counsel's long-standing representation of the client: ______________________________.
- The local trial bar lacks experience in the field of: ______________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______________________________ ______________________________ __________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______________________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ______________________________.

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of New York, New Jersey, Pennsylvania, Massachusetts and the following federal district court bar(s) please see attached document, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

________________________________________.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Name

Lonstein Law Office, P.C

Firm Name

Business Address

1 Terrace Hill, P.O. Box 351

Lonstein Professional Building

Ellenville, NY 12428

Tel. # 845-647-8500 Fax # 845-647-6277

Barbara S. Cohen

Local Associate Counsel

Barbara S. Cohen

R.I. Bar ID # 2848

Firm Name

Goldenberg & Muri, LLP

Business Address

10 Weybosset Street

Providence, RI 02903

Tel. # 401-421-7300 Fax # 401-421-7352

ORDER:

This motion is hereby Granted.

Mary M. Lisi

U.S. District Judge

Date: 10/11/05