*Lonstein Law Office, P.C.*

Attorneys and Counselors at Law

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein

*Margaret Boeringer

Albert I. Lonstein (1930 - 1993)
Benjamin Lonstein (1909 - 2000)

*Also admitted in NJ, PA & MA
*Also admitted in NJ, LA & DC

Gary R. Malman
Litigation Assistant

December 2, 2005

Hon. Lincoln D. Almond
U.S. Magistrate Judge
District of Rhode Island
United States District Court
One Exchange Terrace
Providence, RI 02903-1779

Re: Garden City Boxing Club, Inc. vs. Robert D. Durand, Sr., et al
Event: Lewis/Tyson - June 8, 2002
Our File No. 02-1RI-01R
Civil Case No. CA-05-087-ML

Dear Judge Almond:

I write at this time to respectfully request a one week extension of time to file the dismissal in the above referenced matter. Pursuant to the your letter dated November 3, 2005, parties were to file a dismissal by December 3, 2005 in light of the fact that settlement had been reached.

Although defendant's counsel has advised me that the settlement agreement is in the process of being circulated for signature, we have not received same, or the settlement funds, to date. I respectfully request an extension up to December 9, 2005, to file a Stipulation of Dismissal, as we await receipt of the fully executed agreement and settlement funds in our office.

I thank you for all of your assistance and courtesies in this matter.

Respectfully,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/dp

cc: Barbara Cohen, Esq.
Fax Only: (401)421-7352
Timothy J. Robenhymer, Esq.
Fax Only: (401)521-8405
Jonathan F. Oster, Esq.
Fax Only: (401)724-1955

Extension GRANTED.

**SO ORDERED** this 2nd day of December, 2005

**HON. LINCOLN D. ALMOND**
**UNITED STATES MAGISTRATE JUDGE**