UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **June 8, 2002**
**Lewis/Tyson**, Program,

Plaintiff,

-against-

ROBERT D. DURAND, *et al.*;

Defendants.

---

**STIPULATION OF DISMISSAL**

Civil Action No. CA-05-087-ML
Honorable Mary M. Lisi

It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: November 1, 2005

By: ______________________
Julie Cohen Lonstein, Esq.
Attorneys for Plaintiff
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Facsimile: (845) 647-6277

By: ______________________
Timothy J. Robenhymer, Esq.
Attorney for Defendant, Armand Desnoyers
376 Broadway
Providence, RI 02909
Tel: (401)521-8400
Facsimile: (401)521-8405

By: Barbara S. Cohen
Barbara S. Cohen, Esq. (2848)
Resident Counsel for Plaintiff
Goldenberg & Muri LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Facsimile: (401) 421-7352

By: ______________________
Jonathan F. Oster, Esq.
Attorney for Defendants, Robert Durand and Glenn Durand
1525 Old Louisquisset Pike, Suite C203
Lincoln, RI 02865
Tel: (401)726-8600
Facsimile: (401)724-1955

**SO ORDERED** this 8th day of ~~November~~ December, 2005

Mary M. Lisi
**HONORABLE MARY M. LISI**
**United States District Judge**